**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

In Re: Administrative Suspensions          Docket No.: 2:26-mc-00077-LEW

### **ORDER**

    On November 7, 2025, the Maine Board of Overseers of the Bar provided this Court with notice that Attorney Matthew T. Dubois was administratively suspended from the practice of law as of November 3, 2025. On January 9, 2026, this Court issued a notice to Attorney Dubois advising that he had been administratively suspended by this Court as well and directing him to provide proof of reinstatement within 14 days, pursuant to Rule 83.3(g)(1)(A) of the Local Rules of this Court.

    Having received no reply since that time, Attorney Matthew T. Dubois is hereby suspended from the practice of law in this Court effective immediately, pursuant to Rule 83.3(g)(1)(A)(iii).

    **SO ORDERED.**

**Dated:** 3/11/2026

                                              **/s/ Lance E. Walker**
                                              **CHIEF U.S. DISTRICT JUDGE**