# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

In Re: Administrative Suspensions  Docket No.: 2:26-mc-00077-LEW

## ORDER

On November 7, 2025, the Maine Board of Overseers of the Bar provided this Court with notice that Attorney Polly Rice Reeves was administratively suspended from the practice of law as of November 3, 2025. On January 9, 2026, this Court issued a notice to Attorney Reeves advising that she had been administratively suspended by this Court as well and directing her to provide proof of reinstatement within 14 days, pursuant to Rule 83.3(g)(1)(A) of the Local Rules of this Court.

Having received no reply since that time, Attorney Polly Rice Reeves is hereby suspended from the practice of law in this Court effective immediately, pursuant to Rule 83.3(g)(1)(A)(iii).

**SO ORDERED.**

**Dated:** 3/11/2026

/s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**