**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
156 FEDERAL STREET
PORTLAND, MAINE 04101

OFFICIAL BUSINESS

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR 2 4 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

SO.MAINE 041

12 MAR 2026PM 2 L



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 04101
02 7H
0001292498

$ 000.74⁰

MAR 11 2026

[ USMS ME ]

Lisa B. Dickens Esq.
PO Box 573
Bedford, NY 10506



NIXIE       100   DE 1        0003/21/26

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 04101415299      *3044-02817-12-40